1  Ryan Gile, Esq.
   rg@gilelawgroup.com
2  Nevada Bar No. 8807
   **GILE LAW GROUP LTD**.
3  1180 N. Town Center Drive, Suite 100
   Las Vegas, NV 89144
4  Tel. (702) 703-7288

5  *Attorney for Defendant Sky Enterprises, Inc.*
   *dba Laura Davidson Furniture; and David Krosky a/k/a/Dave McBride*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| HERMAN MILLER, INC., | ) | Case No.: 2:20-cv-01480-APG-BNW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| SKY ENTERPRISES, INC. dba LAURA DAVIDSON FURNITURE; and DAVID KROSKY a/k/a DAVE MCBRIDE, | ) | |
| Defendants. | ) | **(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiff, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby agree and stipulate for a three-week extension of time for all Defendants to file and serve their answers or other responses to the Complaint (ECF No. 1). Defendants were served on August 12, 2020, and so the current response deadline is September 2, 2020.  The parties agree that all Defendants shall have up to and including September 23, 2020 to answer or otherwise respond to the Complaint (ECF No. 1). This is the first request by the parties for such an extension.

Good cause for this request exists because counsel for Plaintiff and Defendants have just recently initiated good faith settlement discussions in order to try and resolve this matter and require the additional time to continue such settlement efforts and discuss in greater detail the possible terms and conditions of a settlement.  Accordingly, this Stipulation is made for good cause and not for purposes of delay.

/ / /

GLG-30217                                  1

For the foregoing reasons, the parties hereby stipulate and to extend the deadline for the Defendants to answer or otherwise respond to the Complaint from September 2, 2020, to September 23, 2020.

DATED: August 31, 2020

**IT IS SO AGREED AND STIPULATED:**

| **SANTORO WHITMIRE** | **GILE LAW GROUP LTD.** |
|---|---|
| /s/ Nicholas J. Santoro | /s/ Ryan Gile |
| Nicholas J. Santoro, Esq. (NBN 532) | Ryan Gile, Esq. (NBN 8807) |
| Jason D. Smith, Esq. (NBN 9691) | 1180 N. Town Center Drive, Suite 100 |
| 10100 W. Charleston Blvd., Suite 250 | Las Vegas, NV 89144 |
| Las Vegas, Nevada 89135 | Tel. (702) 703-7288 |
| Tel.: (702) 948-8771 / Fax: (702) 948-8773 | rg@gilelawgroup.com |
| nsantoro@santoronevada.com | |
| jsmith@santoronevada.com | *Attorney for Defendant Sky Enterprises, Inc. dba Laura Davidson Furniture; and David Krosky a/k/a/Dave McBride* |

Jonathan E. Moskin (Admitted PHV)
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016
Tel.: (212) 682-7474
jmoskin@foley.com

Jean-Paul Ciardullo (PHV forthcoming)
**FOLEY & LARDNER LLP**
555 S. Flower St., Suite 3300
Los Angeles, CA 90071
Tel.: (213) 972-4500
jciardullo@foley.com

*Attorneys for Plaintiff HERMAN MILLER, INC.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 3, 2020