Nicholas J. Santoro, Esq. (NBN 532)
Jason D. Smith, Esq. (NBN 9691)
SANTORO WHITMERE
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel.: (702) 948-8771
Email: nsantoro@santoronevada.com
        jsmith@santoronevada.com

Jonathan E. Moskin, Esq.
*(Admitted pro hac vice)*
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Tel.: (212) 682-7474
Email: jmoskin@foley.com

Jean-Paul Ciardullo, Esq.
*(Admitted pro hac vice)*
FOLEY & LARDNER LLP
555 S. Flower St., Suite 3300
Los Angeles, CA 90071
Tel.: (213) 972-4500
Email: jciardullo@foley.com

*Attorneys for Plaintiff
Herman Miller, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HERMAN MILLER, INC., | Case No.: 2:20-cv-01480-APG-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO SET NEW CASE DEADLINES** |
| SKY ENTERPRISES, INC. dba LAURA DAVIDSON FURNITURE; and DAVID KROSKY a/k/a DAVE MCBRIDE, | |
| Defendants. | |

Plaintiff Herman Miller, Inc. ("Plaintiff") and Defendants Sky Enterprises, Inc. dba Laura Davidson Furniture and David Krosky (collectively, "Defendants"), by and through their

1

4813-5045-0671.1
4891-6710-5029.1
4891-6710-5029.2

respective counsel of record, hereby respectfully submit this Stipulation and Proposed Order to set new deadlines in this case.

By a Joint Stipulation (ECF No. 49) that the Court granted on November 2, 2021 (ECF No. 50), then-pending case deadlines were stayed pending a settlement conference with Magistrate Judge Weksler. In the event no settlement occurred, the parties agreed and the Court ordered that the parties submit a proposed new case schedule. There was no settlement during the two sessions with Judge Weksler on November 22 and 29, and so Judge Weksler concluded the proceedings (ECF No. 57). However, the parties have now scheduled a further private mediation with former District of Nevada Magistrate Judge Peggy A. Leen for December 10, 2021. In view of all the foregoing, the parties propose the following schedule. The parties will also report back to the Court immediately following the conclusion of the mediation with Magistrate Judge Leen.

| Event | Proposed Deadline |
|---|---|
| Stay Lifted | January 3, 2022 |
| Defendants' Responsive Claim Construction Brief per Local Patent Rule 1-16 | January 10, 2022 |
| Plaintiff's Reply Claim Construction Brief per Local Patent Rule 1-16 | January 24, 2022 |
| Claim Construction Hearing | TBD based on Court's availability |
| Post-Claim Construction Amendment Procedures and Disclosure of Opinions of Counsel per Local Patent Rules 1-18(a), (b); 1-19 | Within 30 days of Claim Construction Ruling |
| Close of balance of Fact Discovery | February 7, 2022 |
| Opening Expert Reports | March 7, 2022 |
| Rebuttal Expert Reports | April 4, 2022 |
| Close of Expert Discovery | April 25, 2022 |
| Dispositive Motions Filing Deadline | May 9, 2022 |
| Dispositive Motions Oppositions Deadline | June 10, 2022 |
| Dispositive Motions Reply Deadline | June 24, 2022 |

4813-5045-0671.1
4891-6710-5029.1
4891-6710-5029.2

Depending on the timing of the Claim Construction Hearing and the resulting Claim Construction Ruling, the Parties note that a further request to the Court might be appropriate to modify the latter portion of the proposed schedule above concerning expert reports and dispositive motions.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| DATED this 6th day of December, 2021. | DATED this 6th day of December, 2021. |
| **FOLEY & LARDNER LLP** | **DICKINSON WRIGHT PLLC** |
| /s/ Jean-Paul Ciardullo<br>Jean-Paul Ciardullo, Esq.<br>(Admitted pro hac vice)<br>555 S. Flower St., Suite 3300<br>Los Angeles, CA 90071<br>Tel.: (213) 972-4500<br>Email: jciardullo@foley.com<br><br>Jonathan E. Moskin, Esq.<br>(Admitted pro hac vice)<br>90 Park Avenue<br>New York, NY 10016<br>Tel.: (212) 682-7474<br>Email: jmoskin@foley.com<br><br>SANTORO WHITMIRE<br>Nicholas J. Santoro, Esq. (NBN 532)<br>Jason D. Smith, Esq. (NBN 9691)<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, NV 89135<br>Tel.: (702) 948-8771<br>Email: nsantoro@santoronevada.com<br>       jsmith@santoronevada.com<br><br>*Attorneys for Plaintiff* | /s/ John L. Krieger<br>John L. Krieger, Esq. (NBN 6023)<br>Tenesa S. Powell, Esq. (NBN 12488)<br>Caleb L. Green, Esq. (NBN 15234)<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, NV 89169-0965<br>Tel.: (702) 550-4400<br>Email: jkrieger@dickinsonwright.com<br>       tpowell@dickinsonwright.com<br>       cgreen@dickinsonwright.com<br><br>Franklin M. Smith, Esq.<br>(*Admitted Pro Hac Vice*)<br>Email: fsmith@dickinsonwright.com<br>2600 W. Big Beaver Rd, Suite 300<br>Troy, Michigan  48084<br>Tel.: (248) 433-7393<br><br>GILE LAW GROUP LTD.<br>Ryan Gile, Esq. (NBN 8807)<br>1180 N. Town Center Drive, Suite 100<br>Las Vegas, NV 89144<br>Tel. (702) 703-7288<br>Email:  rg@gilelawgroup.com<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 7, 2021

3