Nicholas J. Santoro, Esq. (NBN 532)
Jason D. Smith, Esq. (NBN 9691)
SANTORO WHITMERE
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel.: (702) 948-8771
Email: nsantoro@santoronevada.com
       jsmith@santoronevada.com

Jonathan E. Moskin, Esq.
*(Admitted pro hac vice)*
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Tel.: (212) 682-7474
Email: jmoskin@foley.com

Jean-Paul Ciardullo, Esq.
*(Admitted pro hac vice)*
FOLEY & LARDNER LLP
555 S. Flower St., Suite 3300
Los Angeles, CA 90071
Tel.: (213) 972-4500
Email: jciardullo@foley.com

*Attorneys for Plaintiff*
*Herman Miller, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HERMAN MILLER, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SKY ENTERPRISES, INC. dba LAURA ) <br> DAVIDSON FURNITURE; and DAVID ) <br> KROSKY a/k/a DAVE MCBRIDE, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:20-cv-01480-RFB-EJY <br><br> **STATUS REPORT AND NOTICE CONCERNING SETTLEMENT; STIPULATION** |

4889-7105-3577.1

1

1  Defendants Sky Enterprises, Inc. dba Laura Davidson Furniture, and David Krosky a/k/a
2  Dave McBride and Plaintiff Herman Miller, Inc. (collectively, the "Parties") hereby notify the
3  Court that they have executed a Binding Term Sheet to settle the case, and, believing that they are
4  close to completing a final Settlement Agreement, jointly stipulate as follows:

. . .

WHEREAS, on November 1, 2021, the Parties stipulated to stay all deadlines pending a mediated settlement conferences. (ECF 49.)

WHEREAS, on December 6, 2021, the Parties submitted a joint stipulation resetting the case schedule, including dates for submission of *Markman* claim construction briefing as well as remaining fact and expert discovery. (ECF 58.)

WHEREAS, subsequent to submission of the joint stipulation resetting the case schedule, the Parties executed a Binding Term Sheet to settle the lawsuit.

WHEREAS, the Parties are in the process of finalizing a written settlement agreement that will memorialize and effectuate the terms of the Parties' Term Sheet.

WHEREAS, the Parties currently believe they can complete and execute the written settlement agreement within fifteen (15) days from entry of this stipulation and also anticipate filing for dismissal within this time period.

WHEREAS, the Parties desire to devote their full attention to effectuating settlement, and also to avoid further time and expense in briefing claim construction and engaging in fact discovery, and therefore respectfully request a 15-day stay of all current deadlines.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, and the Court's approval is respectfully requested, that:

All further proceedings in the action be stayed for a period of fifteen (15) days pending finalization of the Parties' written settlement agreement and submission of the Parties' dismissal papers.

**IT IS SO AGREED AND STIPULATED:**

DATED this 7th day of January, 2022.　　　　DATED this 7th day of January, 2022.

**FOLEY & LARDNER LLP**　　　　　　　　**DICKINSON WRIGHT PLLC**

*/s/ Jean-Paul Ciardullo*　　　　　　　　　　*/s/ Franklin M. Smith*
Jean-Paul Ciardullo, Esq.　　　　　　　　　John L. Krieger, Esq. (NBN 6023)
(*Admitted pro hac vice*)　　　　　　　　　Tenesa S. Powell, Esq. (NBN 12488)
555 S. Flower St., Suite 3300　　　　　　　Caleb L. Green, Esq. (NBN 15234)
Los Angeles, CA 90071　　　　　　　　　　3883 Howard Hughes Parkway, Suite 800
Tel.: (213) 972-4500　　　　　　　　　　　Las Vegas, NV 89169-0965
Email: jciardullo@foley.com　　　　　　　　Tel.: (702) 550-4400
　　　　　　　　　　　　　　　　　　　　Email: jkrieger@dickinsonwright.com
Jonathan E. Moskin, Esq.　　　　　　　　　　　　　tpowell@dickinsonwright.com
(*Admitted pro hac vice*)　　　　　　　　　　　　　cgreen@dickinsonwright.com
90 Park Avenue
New York, NY 10016　　　　　　　　　　　Franklin M. Smith, Esq.
Tel.: (212) 682-7474　　　　　　　　　　　(*Admitted Pro Hac Vice*)
Email: jmoskin@foley.com　　　　　　　　　Email: fsmith@dickinsonwright.com
　　　　　　　　　　　　　　　　　　　　2600 W. Big Beaver Rd, Suite 300
SANTORO WHITMIRE　　　　　　　　　　Troy, Michigan 48084
Nicholas J. Santoro, Esq. (NBN 532)　　　　Tel.: (248) 433-7393
Jason D. Smith, Esq. (NBN 9691)
10100 W. Charleston Blvd., Suite 250　　　　GILE LAW GROUP LTD.
Las Vegas, NV 89135　　　　　　　　　　　Ryan Gile, Esq. (NBN 8807)
Tel.: (702) 948-8771　　　　　　　　　　　1180 N. Town Center Drive, Suite 100
Email: nsantoro@santoronevada.com　　　　Las Vegas, NV 89144
　　　　jsmith@santoronevada.com　　　　　Tel. (702) 703-7288
　　　　　　　　　　　　　　　　　　　　Email:  rg@gilelawgroup.com
*Attorneys for Plaintiff*

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: January 11, 2022

4889-7105-3577.1

3