1  DICKINSON WRIGHT PLLC
   JOHN L. KRIEGER, ESQ.
2  Nevada Bar No. 6023
   Email:  JKrieger@dickinson-wright.com
3  TENESA S. POWELL, ESQ.
   Nevada Bar No. 12488
4  Email:  TPowell@dickinson-wright.com
   CALEB L. GREEN, ESQ.
5  Nevada Bar No. 15234
   Email:  CGreen@dickinson-wright.com
6  3883 Howard Hughes Parkway, Suite 800
   Las Vegas, Nevada  89169-0965
7  Tel:     702-550-4400
   Fax:     844-670-6009
8
   FRANKLIN M. SMITH, ESQ.
9  *(Admitted Pro Hac Vice)*
   (Michigan Bar No. P76987)
10 Email:  FSmith@dickinson-wright.com
   2600 W. Big Beaver Rd, Suite 300
11 Troy, Michigan  48084
   Tel:     248-433-7393
12 Fax:     844-670-6009

13 GILE LAW GROUP LTD.
   RYAN GILE, ESQ.
14 Nevada Bar No. 8807
   Email:  rg@gilelawgroup.com
15 1180 N. Town Center Drive, Suite 100
   Las Vegas, Nevada 89144
16 Tel:     702-703-7288

17 *Attorneys for Defendants*
   *Sky Enterprises, Inc. dba Laura Davidson Furniture;*
18 *and David Krosky a/k/a Dave McBride*

19                    **UNITED STATES DISTRICT COURT**

20                         **DISTRICT OF NEVADA**

21

22 HERMAN MILLER, INC.,                      |  CASE NO.: 2:20-cv-01480-RFB-EJY

                                Plaintiff,

23

24 v.                                        |  **EXTENSION OF DEADLINES TO**
                                               **FINALIZE SETTLEMENT**

25 SKY ENTERPRISES, INC. dba LAURA
   DAVIDSON FURNITURE; and DAVID
   KROSKY a/k/a DAVE MCBRIDE,                  (Second Request)

26

                                Defendants.

27

28      Defendants Sky Enterprises, Inc. dba Laura Davidson Furniture, and David Krosky a/k/a



Dave McBride and Plaintiff Herman Miller, Inc. (collectively, the "Parties") hereby notify the Court that they are in the process of completing and finalizing settlement documents, and jointly stipulate as follows:

WHEREAS, on December 6, 2021, the Parties submitted a joint stipulation resetting the case schedule, including dates for submission of *Markman* claim construction briefing as well as remaining fact and expert discovery. (ECF No. 58.)

WHEREAS, on December 14, 2021, the Parties were able to resolve their differences and executed a Binding Term Sheet to settle the lawsuit.

WHEREAS, on January 7, 2021, the Parties filed a notice of settlement and request to extend the stay for fifteen 15 days (ECF No. 62 & 65), which the Court granted on January 11, 2022 (ECF No. 66).

WHEREAS, the Parties have been diligently working on finalizing a written settlement agreement that will memorialize and effectuate the terms of the Parties' settlement, but recognize they need additional time.

WHEREAS, the Parties currently believe they can complete and execute the written settlement agreement within fifteen (15) days and also anticipate filing for dismissal within this time period.

WHEREAS, the Parties desire to devote their full attention to effectuating settlement, and also to avoid further time and expense in briefing claim construction and engaging in fact discovery, and therefore respectfully request an additional 15-day stay of all current deadlines.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, and the Court's approval is respectfully requested, that:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



1    All further proceedings in the action be stayed for a period of fifteen (15) additional days

2   pending finalization of the Parties' written settlement agreement and submission of the Parties'

3   dismissal papers.

4   **IT IS SO AGREED AND STIPULATED:**

5   DATED this 25th day of January, 2022.          DATED this 25th day of January, 2022.

6   **FOLEY & LARDNER LLP**                        **DICKINSON WRIGHT PLLC**
    */s/ Jean-Paul Ciardullo*                      */s/ John L. Krieger*

7   Jean-Paul Ciardullo, Esq.                      John L. Krieger, Esq.
    *(Admitted pro hac vice)*                      Nevada Bar No. 6023

8   555 S. Flower St., Suite 3300                  Email: jkrieger@dickinsonwright.com
    Los Angeles, CA 90071                          Tenesa S. Powell, Esq.

9   Tel.: (213) 972-4500                           Nevada Bar No. 12488
    Email: jciardullo@foley.com                    Email: tpowell@dickinsonwright.com

10  Jonathan E. Moskin, Esq.                       Caleb L. Green, Esq.
    *(Admitted pro hac vice)*                      Nevada Bar No. 15234

11  90 Park Avenue                                 Email: cgreen@dickinsonwright.com
    New York, NY 10016                             3883 Howard Hughes Parkway, Suite 800

12  Tel.: (212) 682-7474                           Las Vegas, Nevada  89169-0965
    Email: jmoskin@foley.com                       Tel:      702-550-4400

13                                                 Fax:      844-670-6009

14  SANTORO WHITMIRE                               Franklin M. Smith, Esq.

15  Nicholas J. Santoro, Esq. (NBN 532)            *(Admitted pro hac vice)*
    Jason D. Smith, Esq. (NBN 9691)                Email: fsmith@dickinsonwright.com

16  10100 W. Charleston Blvd., Suite 250           2600 W. Big Beaver Rd, Suite 300
    Las Vegas, NV 89135                            Troy, Michigan  48084

17  Tel.: (702) 948-8771                           Tel:      248-433-7393
    Email: nsantoro@santoronevada.com              Fax:      844-670-6009

18           jsmith@santoronevada.com

19                                                 GILE LAW GROUP LTD.
                                                   Ryan Gile, Esq. (NBN 8807)

20  *Attorneys for Plaintiff*                      1180 N. Town Center Drive, Suite 100
                                                   Las Vegas, NV 89144

21                                                 Tel. (702) 703-7288
                                                   Email:  rg@gilelawgroup.com

22

23                                                 *Attorneys for Defendants*

24                                                 **IT IS SO ORDERED:**

25

26

27                                                 _____
                                                   United States Magistrate Judge

28  4872-5375-7963 v1 [96809-20000]                DATED: January 25, 2022



3